


**NICHOLAS & TOMASEVIC, LLP**
Craig M. Nicholas (SBN 178444)
Shaun A. Markley (SBN 291785)
225 Broadway, 19th Floor
San Diego, California 92101
Tel: (619) 325-0492
Fax: (619) 325-0496
Email: cnicholas@nicholaslaw.org
Email: smarkley@nicholaslaw.org

**GLICK LAW GROUP, P.C.**
Noam Glick (SBN 251582)
225 Broadway, 19th Floor
San Diego, California 92101
Tel: (619) 382-3400
Email: noam@glicklawgroup.com

Attorneys for Plaintiffs
DONNIE SANCHEZ BARRAGAN, ARACELI BARRAGAN, and
JEREMEY BURCHAM Individually and on behalf of others similarly situated

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNIE SANCHEZ BARRAGAN ARACELI BARRAGAN, and JEREMEY BURCHAM, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., a Delaware Corporation,<br><br>Defendants. | Case No.: 3:19-cv-01766-AJB-AGS<br><br>**PLAINTIFF JEREMEY BURCHAM'S NOTICE OF MOTION FOR CLASS CERTIFICATION**<br><br>**Date**: November 4, 2021<br>**Time**: 2:00 p.m.<br>**Courtroom**: 4A<br><br>**Judge**: Hon. Anthony J. Battaglia<br>**Magistrate**: Hon. Andrew G. Schopler<br><br>**Action Filed**: August 12, 2019<br>**Trial Date**: None Set |

**TO THE COURT, ALL PARTIES, THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, on November 4, 2021, at 2:00 p.m. in Courtroom 4A of the United States District Court for the Southern District of California, located at 221 West Broadway, San Diego, CA 92101, Plaintiff Jeremey Burcham, individually and on behalf of others similarly situated, will and hereby does move this Court for an order certifying the following class:

> All non-exempt Home Depot employees in California who received a minimum (e.g., $100) "Success Sharing" bonus and worked overtime during the same Success Sharing plan period, within three years of the filing of the complaint in this action until June 20, 2018.

Plaintiff further moves for an order pursuant to Fed. R. Civ. P. 23(g) appointing Nicholas & Tomasevic, LLP, and Glick Law Group, P.C., as class counsel.

This motion is made under Fed. R. Civ. P. 23(a) and 23(b)(3). This motion is based on this Notice of Motion, the Memorandum of Points and Authorities, the declarations and other evidence filed herewith, all other documents on file with the Court in this action, and any further argument as may be made at the hearing.

Respectfully submitted:

Dated: August 26, 2021

**NICHOLAS & TOMASEVIC, LLP**

By: */s/   Shaun A. Markley*
Craig M. Nicholas (SBN 178444)
Shaun A. Markley (SBN 291785)
225 Broadway, 19th Floor
San Diego, CA 92101
Telephone: (619) 325-0492
Facsimile: (619) 325-0496
Email: cnicholas@nicholaslaw.org
Email: smarkley@nicholaslaw.org

**GLICK LAW GROUP, P.C.**
Noam Glick (SBN 251582)
225 Broadway, 19th Floor
San Diego, California 92101
Tel: (619) 382-3400
Email: noam@glicklawgroup.com

Attorneys for Plaintiffs,
DONNIE SANCHEZ BARRAGAN,
ARACELI BARRAGAN, and

1  JEREMEY BURCHAM Individually
2  and on behalf of others similarly situated
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28