**AKIN GUMP STRAUSS HAUER & FELD LLP**
Donna M. Mezias (SBN 111902)
Dorothy Kaslow (SBN 287112)
580 California Street, Suite 1500
San Francisco, CA 94104-1036
Telephone: 415.765.9500
Facsimile: 415.765.9501
Email:     dmezias@akingump.com

**MORGAN, LEWIS & BOCKIUS LLP**
Barbara J. Miller (SBN 167223)
John D. Hayashi (SBN 211077)
Samuel S. Sadeghi (SBN 311785)
600 Anton Boulevard, Suite 1800
Costa Mesa, CA  92626-7653
Tel:    +1.714.830.0600
Fax:    +1.714.830.0700
barbara.miller@morganlewis.com
john.hayashi@morganlewis.com
sam.sadeghi@morganlewis.com

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Case No. 19-cv-01766-AJB-AGS | *Related cases*: <br> *Case No. 19-cv-01766-AJB-AGS* <br> *Case No. 20-cv-02541-AJB-AGS* <br> *Case No. 21-cv-00461-AJB-AGS* <br> *Case No. 21-cv-00462-AJB-AGS* |
| DONNIE SANCHEZ BARRAGAN, ARACELI BARRAGAN, and JEREMEY BURCHAM, individually and on behalf of others similarly situated, | |
| | Assigned to: Anthony J. Battaglia <br> Magistrate Judge: Andrew G. Schopler |
| Plaintiffs, | |
| vs. | **JOINT STATEMENT RE POSITIONS RE UPCOMING SCHEDULE AND PROPOSED SCHEDULE** |
| HOME DEPOT U.S.A., INC., a Delaware Corporation, | |
| Defendant. | |
| Case No. 20-cv-02541-AJB-AGS | |
| LISA DAVEY, individually and on behalf of all others similarly situated, | |
| Plaintiff, | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

JOINT STATEMENT RE POSITIONS ON UPCOMING
SCHEDULE AND PROPOSED SCHEDULE
Case No. 19-cv-01766-AJB-AGS

| | |
|---|---|
| 1 | vs. |
| 2 | HOME DEPOT U.S.A., INC., a Delaware Corporation, and DOES 1 through 50, inclusive, |
| 3 | |
| 4 | Defendants. |
| 5 | Case No. 21-cv-00461-AJB-AGS |
| 6 | |
| 7 | JANELLY SANDOVAL, individually and on behalf of all others similarly situated, |
| 8 | Plaintiffs, |
| 9 | vs. |
| 10 | HOME DEPOT U.S.A., INC., a Delaware corporation and DOES 1 through 50, inclusive, |
| 11 | |
| 12 | Defendant. |
| 13 | Case No. 21-cv-00462-AJB-AGS |
| 14 | |
| 15 | VIRGIE FLORES, as individuals and on behalf of others similarly situated |
| 16 | Plaintiff, |
| 17 | v. |
| 18 | HOME DEPOT U.S.A., INC., a Delaware limited liability company, and DOES 1-50, inclusive, |
| 19 | |
| 20 | Defendant. |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

JOINT STATEMENT RE POSITIONS ON UPCOMING
SCHEDULE AND PROPOSED SCHEDULE
Case No. 19-cv-01766-AJB-AGS

## JOINT STATEMENT RE: CONSOLIDATED CASES

On November 3, 2021, the Court granted Defendant Home Depot U.S.A., Inc.'s ("Defendant" or "Home Depot") Motion to Consolidate Pursuant to Fed. R. Civ. P. 42(a).  *See, e.g., Barragan* Dkt. No. 100.[1]  The Order directed the parties to contact the Magistrate Judge to set dates for discovery matters in the newly consolidated case.  *Id.*   On November 23, 2021, counsel for each of the related cases participated in a conference call to discuss discovery matters.  On December 1, 2021, the Court instructed the parties to submit a joint statement setting out the parties positions on the upcoming schedule, including a proposed schedule. Dkt. No. 101.

Home Depot proposes that the following changes be made to the existing scheduling orders in the Related Cases:

- The last day to file motions for class certification shall be continued from January 21, 2022 to March 21, 2022.
- Oppositions to class certification shall be filed four weeks later, on April 18, 2022.  Replies shall be filed two weeks later, on May 2, 2022.
- The current deadline to file motions for summary judgment in the *Barragan* action as to the third cause of action (meal and rest breaks) currently set for December 9, 2021 shall be vacated.
- All other dates shall remain in effect.

Plaintiffs agree to this timeframe contingent on Defendant timely producing witnesses for PMQ depositions, and timely responding to plaintiffs' written

---

[1] The four related cases currently before this Court are:
- *Barragan v. Home Depot*, No. 19-cv-01766-AJB-AGS ("*Barragan*");
- *Davey v. Home Depot*, Case No 20-cv-02541-AJB-AGS ("*Davey*");
- *Flores v. Home Depot*, Case No. 21-cv-00462-AJB-AGS ("*Flores*"); and
- *Sandoval v. Home Depot*, Case No. 21-cv-00461-AJB-AGS ("*Sandoval*") (together, the "Related Cases").

discovery requests needed to brief class certification.

Dated: December 2, 2021                MORGAN, LEWIS & BOCKIUS LLP

By  */s/John D. Hayashi*
     John D. Hayashi

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

Dated: December 2, 2021                NICHOLAS & TOMASEVIC, LLP

By  */s/ Shaun Markley*
     Shaun Markley
     Attorneys for Plaintiffs

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I, John D. Hayashi, hereby certify that the content of this document is acceptable to Shaun Markley, counsel for Plaintiffs, and that my office has obtained Mr. Markley's authorization to affix his electronic signature to this document.

Dated: December 2, 2021                MORGAN, LEWIS & BOCKIUS LLP

By  */s/John D. Hayashi*
     John D. Hayashi

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
COSTA MESA

2

JOINT STATEMENT RE POSITIONS ON UPCOMING
SCHEDULE AND PROPOSED SCHEDULE
Case No. 19-cv-01766-AJB-AGS